**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-7035

_____

THEODORE TIMOTHY MILLER,

Plaintiff - Appellant,

versus

ART BEELER, Warden; B. R. JETT; DR. LOWE; DR.
WALASIN; DR. GONZALEZ; B. CAPEHARDT, Dr.; JEAN
ZULA, Dr.,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
District Judge. (CA-03-774-5-H)

_____

Submitted:  November 10, 2004      Decided:  December 10, 2004

_____

Before MOTZ, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Theodore Timothy Miller, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Theodore Timothy Miller appeals the district court's order denying him appointment of counsel and dismissing as frivolous his claims under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no abuse of discretion or reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Miller v. Beeler</u>, No. CA-03-774-5-H (E.D.N.C. filed April 29, 2004; entered April 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>